NELSON, Appellant, vs. OLDENBURG, Respondent.

For the appellant: *Leonard F. Schmitt* of Merrill.
For the respondent: *F. J. Smith* of Merrill.
*By the Court.*—Judgment affirmed.

TANNENBAUM, Appellant, vs. TANNENBAUM, Respondent.

For the appellant: *Rubin & Zabel* of Milwaukee.
For the respondent: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.
*By the Court.*—Judgment affirmed.